# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

| | | |
|---|---|---|
| **MARGARITO MANUEL DESIDERIO,** | § | |
| | § | |
| *Petitioner*, | § | |
| | § | |
| **v.** | § | |
| | § | |
| **MARY DE ANDA-YBARRA, FIELD** | § | |
| **OFFICE DIRECTOR OF** | § | |
| **ENFORCEMENT AND REMOVAL** | § | |
| **OPERATIONS EL PASO FIELD** | § | |
| **OFFICE, IMMIGRATION AND** | § | **No. 3:26-CV-01943-LS** |
| **CUSTOMS ENFORCEMENT;** | § | |
| **WARDEN OF ERO EL PASO** | § | |
| **PROCESSING, TODD M. LYONS, IN** | § | |
| **HIS OFFICIAL CAPACITY AS** | § | |
| **ACTING DIRECTOR,** | § | |
| **IMMIGRATION AND CUSTOMS** | § | |
| **ENFORCEMENT, U.S DEPARTMENT** | § | |
| **OF HOMELAND SECURITY; MARK** | § | |
| **WAYNE MULLIN, IN IS OFFICIAL** | § | |
| **CAPACITY AS SECRETARY, U.S** | § | |
| **DEPARTMENT OF HOMELAND** | § | |
| **SECURITY; AND TODD BLANCHE,** | § | |
| **IN HIS OFFICIAL AS ACTING** | § | |
| **ATTORNEY GENERAL OF THE** | § | |
| **UNITED STATES,** | § | |
| | § | |
| *Respondents*. | § | |

## ORDER DISMISSING CASE

Petitioner Margarito Manuel Desiderio seeks a writ of habeas corpus ordering Respondents

to hold a bond hearing or release him from custody during immigration proceedings.[1] Petitioner

has another habeas petition pending before this Court seeking the same relief.[2] "[A]s part of its

inherent power to administer its docket, a district court may dismiss a suit that is duplicative of

---

[1] ECF No. 2 at 19.

[2] *Desiderio v. Noem*, No. 3:26-cv-00625 (W.D. Tex.).

another federal court suit."[3] Therefore, the Court **DISMISSES** this action without prejudice as duplicative of Petitioner's earlier pending case.

      **SO ORDERED**.

      **SIGNED** and **ENTERED** on July 23, 2026.

_____

**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**

---

[3] *Duru v. U-Haul Co. of N. Georgia*, No. 3:15-cv-436, 2015 WL 12743761, at *1 (N.D. Tex. Feb. 13, 2015) (quoting *Houston v. Caruso*, No. 2:08-cv-124, 2009 WL 579411, at *2 (W.D. Mich. Mar. 5, 2009)); *see also Pittman v. Moore*, 980 F.2d 994, 995 (5th Cir. 1993) ("The court here held that it is 'malicious' for a pauper to file a lawsuit that duplicates allegations of another pending federal lawsuit by the same plaintiff. We agree."); *Walton v. Eaton Corp.*, 563 F.2d 66, 70 (3d Cir. 1977) ("[Plaintiffs] ha[ve] no right to maintain two separate actions involving the same subject matter at the same time in the same court and against the same defendant." (citing *United States v. Haytian Republic*, 154 U.S. 118, 123–24 (1894))).